UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLANDO ARISMENDEZ, | No. 2:17-cv-0792 CKD P |
| Petitioner, | |
| v. | ORDER |
| M.L. MUNIZ, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed a request to proceed in forma pauperis or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). On April 20, 2017, this court granted petitioner 30 days in order to file an IFP application or the filing fee in this matter. ECF No. 3. To date, petitioner has not done either, but he has returned a form consenting to the jurisdiction of the United States Magistrate Judge for all further proceedings. ECF No. 4. Therefore, petitioner will be granted an additional 30 days to file an IFP application or the filing fee for habeas corpus actions. Good cause appearing, IT IS HEREBY ORDERED that:

////

1

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed; and

2. The Clerk of the Court is directed to send petitioner another copy of the in forma pauperis form used by this district.

Dated:  July 18, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/aris0792.101.a.2ndchance.docx