UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLANDO ARISMENDEZ,<br><br>Petitioner,<br><br>v.<br><br>DAVID BAUGHMAN,<br><br>Respondent. | No. 2:17-cv-00792 MCE CKD P<br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se in this action for habeas corpus relief pursuant to 28 U.S.C. § 2254. On June 15, 2018, the district judge assigned to this case adopted the prior Findings and Recommendations and dismissed petitioner's federal habeas application without prejudice to filing an amended petition within 30 days. To date, petitioner has not responded to the court's order or filed an amended federal habeas petition. The court will sua sponte grant petitioner a 30 day extension of time to file an amended habeas petition.[1] Petitioner is advised that his failure to file an amended federal habeas petition within the timeframe provided will result in a recommendation that this action be dismissed and the case closed.

/////

/////

---

[1] The court expresses no opinion on the timeliness of any amended federal habeas petition pursuant to 28 U.S.C. § 2244(d)(1).

1

| | |
|---|---|
| 1 | Accordingly, IT IS HEREBY ORDERED that petitioner is granted 30 days from the date |
| 2 | of this order to file an amended federal habeas petition on the court-approved form. |
| 3 | Dated: September 12, 2018 |

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/aris0792.eot.docx