UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLANDO ARISMENDEZ,<br><br>Petitioner,<br><br>v.<br><br>DAVID BAUGHMAN,<br><br>Respondent. | No. 2:17-cv-00792-MCE-CKD (HC)<br><br><br><br>ORDER |

Petitioner is a California state prisoner proceeding pro se in this habeas corpus action filed pursuant to 28 U.S.C. § 2254. On March 25, 2020, the court stayed these proceedings to permit petitioner to exhaust available state court remedies. ECF No. 30. By the same order, petitioner was directed to file a status report every 90 days indicating what efforts he has taken to exhaust his state court remedies. To date, petitioner has not filed any status report.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner show cause why the stay of this case should not be lifted within 30 days from the date of this order by demonstrating what steps he has taken to exhaust his state court remedies.

/////

/////

/////

1

2. In the event that petitioner fails to respond to this order, the court will lift the stay of this federal habeas proceeding and set a briefing schedule on the three claims presented in his first amended habeas corpus petition.

Dated: September 8, 2020

/s/ Carolyn K. Delaney

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/aris0792.osc.stay.docx

2