UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLANDO ARISMENDEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DAVID BAUGHMAN,<br><br>　　　　　Respondent. | No. 2:17-cv-00792-MCE-CKD P<br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se with a first amended application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 26. On November 9, 2020, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Good cause appearing, IT IS HEREBY ORDERED that petitioner file an opposition or a statement of non-opposition to respondent's pending motion to dismiss within twenty-one days. Failure to comply with this order will result in a recommendation that this action be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure.

Dated: January 24, 2021

　　　　　　　　　　　　　　　　　　　　_/s/ Carolyn K. Delaney_
　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

12/aris0792.146.docx